**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00097-CR**
**NO. 09-16-00098-CR**
**NO. 09-16-00099-CR**

_____

**FLOYD PATRICK WINTERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 163rd District Court**
**Orange County, Texas**
**Trial Cause Nos. B150410-R, B150413-R & B150416-R**

**MEMORANDUM OPINION**

In open pleas, Floyd Patrick Winters (Winters) pleaded guilty in two cases to felony possession of a controlled substance (enhanced to second-degree felonies based on a prior felony conviction), and in one case to felony possession of marijuana. The trial court accepted Winters's guilty pleas and found him guilty in all three cases. The trial court sentenced Winters to ten years in prison for each of

1

the felony of a controlled substance charges and two years in state jail for the felony possession of marijuana charge, with the sentences to be served concurrently.

Winters's appellate counsel filed a brief in all three proceedings that presents counsel's professional evaluation of the records and concludes that the appeals are frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On October 7, 2016, we granted an extension of time for Winters to file *pro se* briefs. We received no response from Winters. We have independently reviewed the appellate records and we agree with counsel's conclusion that no arguable issues support the appeals. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeals. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgments.[1]

AFFIRMED.

_____
LEANNE JOHNSON
Justice

---

[1] Winters may challenge our decision in these cases by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

Submitted on January 9, 2017
Opinion Delivered January 11, 2017
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.